# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHERRY LANG and KYOWANNA LANG, <br><br> Plaintiffs, <br><br> v. <br><br> ALLEGIANCE ACCOUNTING SERVICES, LLC, <br><br> Defendant. | Case No. 1:19-cv-06452 <br><br> Honorable Judge Harry D. Leinenweber <br><br> Magistrate Judge Jeffrey T. Gilbert |

## PLAINTIFFS' MOTION TO QUASH SERVICE AS TO ALLEGIANCE ACCOUNTING SERVICES, LLC

NOW COMES, Sherry Lang and Kyowanna Lang ("Plaintiffs"), by and through their counsel, Sulaiman Law Group, Ltd. moving this Honorable Court to Quash Service as to Allegiance Accounting Services, LLC ("Defendant") and in support thereof, stating as follows:

1. On September 28, 2019, Plaintiff filed a Complaint for Relief Pursuant to Fair Debt Collection Practices Act. [Dkt. #1].

2. On October 3, 2019, Plaintiff filed an executed summons with this Honorable Court. [Dkt. #5].

3. On October 11, 2019, Plaintiff's counsel was contacted by a representative from Allegiance Accounting Service, Inc. who informed him that the Summons and Complaint were served to incorrect party. Due to a clerical error, Plaintiff's counsel's office served Allegiance Accounting Service, Inc. instead of the Defendant, Allegiance Accounting Services, LLC.

4. On the very same day, Plaintiff's counsel's office issued an Alias Summons as to Defendant. Defendant was served with the Alias Summons and Complaint on October 12, 2019. [Dkt No. 7].

WHEREFORE, Plaintiffs respectfully requests this Honorable Court grant Plaintiffs' Motion to Quash Service as to Defendant to Allegiance Accounting Services, LLC [Dkt.5], and any further relief this Court deems just.

Dated: October 24, 2019

Respectfully submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiffs*
Sulaiman Law Group, LTD
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630)575-8181
Fax: (630)575-8188

## CERTIFICATE OF SERVICE

I, Nathan C. Volheim, an attorney, certify that a true and correct copy of the foregoing **Plaintiffs' Motion to Quash Service as to Allegiance Accounting Services, LLC** was served via U.S. Certified Mail, this 24th day of October 2019.

Allegiance Accounting Services, LLC
c/o Registered Agent
60 Lemon Street
Buffalo, NY 14204

/s/ Nathan C. Volheim
Nathan C. Volheim