# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SHERRY LANG and KYOWANNA LANG, <br><br> Plaintiffs, <br><br> v. <br><br> ALLEGIANCE ACCOUNTING SERVICES, LLC, <br><br> Defendants. | 1:19-cv-06452 |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT

**To the Clerk of the U.S. District Court for the Northern District of Illinois**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs SHERRY LANG AND KYOWANNA LANG, requests that the Clerk of this Honorable Court enter the default of Defendant ALLEGIANCE ACCOUNTING SERVICES, LLC, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Nathan C. Volheim, Esq. attached hereto.

Dated: November 6, 2019       Respectfully submitted,

                                                   s/ Nathan C. Volheim
                                                   Nathan C. Volheim, Esq. #6302103
                                                   *Counsel for Plaintiff*
                                                   Sulaiman Law Group, Ltd.
                                                   2500 South Highland Avenue, Suite 200
                                                   Lombard, Illinois 60148
                                                   (630) 568-3056 (phone)
                                                   (630) 575-8188 (fax)
                                                   nvolheim@sulaimanlaw.com

# CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiffs, certifies that on November 6, 2019, he caused a copy of the foregoing **PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT**, to be served on all parties of record via ECF and by U.S. Certified mail, postage prepaid, email and fax to:

Allegiance Accounting Services, LLC
c/o Tarar Redden, R/A
60 Lemon Street
Buffalo, New York 14204

Allegiance Accounting Services, LLC
1841 Seneca Street
Buffalo, New York 14210
CONTACT@ALLEGIANCEACCOUNTINGSERVICES.COM
Fax: (844) 245-7913
Fax: (888) 239-1602

Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103