# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHERRY LANG and KYOWANNA LANG, <br><br> Plaintiffs, <br><br> v. <br><br> ALLEGIANCE ACCOUNTING SERVICES, LLC, <br><br> Defendants. | 1:19-cv-06452 |

## AFFIDAVIT FOR ENTRY OF DEFAULT

STATE OF ILLINOIS

COUNTY OF COOK

Nathan C. Volheim, being duly sworn, says that he is an attorney for the Plaintiffs SHERRY LANG AND KYOWANNA LANG in the above-entitled action; that the Complaint and Summons in this action were served on Defendant ALLEGIANCE ACCOUNTING SERVICES, LLC by hand-delivery on October 12, 2019; that service was properly made by Michael Hadden, a process server and effectuated on Tamar Redden, Defendant's Registered Agent, who accepted service on behalf of Defendant; that Defendant is not an infant, not in the military, and not an incompetent person; that the time in which Defendant may plead or otherwise defend has expired; that the Defendant has not plead, answered or otherwise defended, and that the time for Defendant to answer, plead or otherwise defend has not been extended.

/s/ *Nathan C. Volheim*
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*

1

**SWORN TO AND SUBSCRIBED** before me this ___6th___ day of ___November,___ 2019.

_____
Notary

My commission expires ___November 15___, 20__20__.

```
"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020
```