# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHERRY LANG and KYOWANNA LANG, | Case No. 1:19-cv-06452 |
| Plaintiffs, | |
| v. | Honorable Judge Harry D. Leinenweber |
| ALLEGIANCE ACCOUNTING SERVICES, LLC, | Magistrate Judge Jeffrey T. Gilbert |
| Defendant. | |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on **November 13, 2019 at 9:30 a.m.,** I shall appear before the **Honorable Judge Harry D. Leinenweber in Room 1941** of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFFS' MOTION TO QUASH AS TO ALLEGIANCE ACCOUNTING SERVICES, LLC** which was served upon you as indicated on the Certificate of Service.

/s/ Nathan C. Volheim
SULAIMAN LAW GROUP, LTD.
Attorney for Plaintiff

Sulaiman Law Group, Ltd.
Nathan C. Volheim
2500 South Highland Ave, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Main Fax: (630) 575-8188
nvolheim@sulaimanlaw.com

1

## **CERTIFICATE OF SERVICE**

I, Nathan C. Volheim, an attorney, certify that a true and correct copy of the foregoing Amended **Notice of Motion** and **Plaintiffs' Motion to Quash Service as to Allegiance Account Services, LLC** was served via U.S. Certified Mail, fax and mail this 7th day of November 2019.

Allegiance Accounting Services, LLC
c/o Registered Agent
60 Lemon Street
Buffalo, NY 14204

Allegiance Accounting Services, LLC
1841 Seneca Street
Buffalo, New York 14210
CONTACT@ALLEGIANCEACCOUNTINGSERVICES.COM
Fax: (844) 245-7913
Fax: (888) 239-1602

/s/ Nathan C. Volheim
Nathan C. Volheim